Shorall McGoldrick Zerlaut
1232 east missouri avenue
phoenix, az 85014
602.230.5400
602.230.5432 (fax)
firm@shorallmcgoldrick.com

Scott M. Zerlaut, #014714
scott@shorallmcgoldrick.com

Attorneys for Defendant Barbara Frodsham

United States District Court

District of Arizona

| | |
|---|---|
| Trever Frodsham, by and through conservator Fleming & Curti PLC,<br><br>        Plaintiff,<br><br>    v.<br><br>State of Arizona; et al.,<br><br>        Defendants. | 4:22-cv-00216-EJM<br><br>**Answer to First Amended Complaint**<br><br><br><br>**Jury Trial Demanded** |

Defendant Barbara Frodsham answers the First Amended Complaint as follows:

**Parties, Jurisdiction, and Venue**

1.        Barbara admits that Trever Frodsham was 19 years' old at the time that the First Amended Complaint was filed, but she is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 1.

2.        Barbara admits that Trever was born on July 11, 2002, but she is without knowledge or information sufficient to form a belief as the remaining allegations in paragraph 2.

3.        Barbara admits the allegations in paragraph 3.

4.        The allegations in paragraph 4 are vague and ambiguous, and therefore are denied.

5.     The allegations in paragraph 5 are vague and ambiguous, and therefore are denied.

6.     The allegations in paragraph 6 are vague and ambiguous, and therefore are denied.

7.     Barbara is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7.

8.     Barbara is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8.

9.     Barbara is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9.

10.    Barbara is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 10.

11.    The allegations in paragraph 11 are vague and ambiguous, and therefore are denied.

12.    The allegations in paragraph 12 are vague and ambiguous, and therefore are denied.

13.    Barbara admits that Clarence Carter was the Director of DES during the times alleged, and that CPS was a division of DES at that time, but she is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 13.

14.    Barbara is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 14.

15.    The allegations in paragraph 15 are vague and ambiguous, and therefore are denied.

16.    Barbara is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16.

17.    Barbara is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17.

18.    The allegations in paragraph 18 are vague and ambiguous, and therefore are denied.

19.     The allegations in paragraph 19 are vague and ambiguous, and therefore are denied.

20.     The allegations in paragraph 20 are vague and ambiguous, and therefore are denied.

21.     The allegations in paragraph 21 are vague and ambiguous, and therefore are denied.

22.     The allegations in paragraph 22 are vague and ambiguous, and therefore are denied.

23.     Barbara admits the allegations in paragraph 23.

24.     Barbara admits the allegations in paragraph 24.

25.     The allegations in paragraph 25 are vague and ambiguous, and therefore are denied.

26.     Barbara admits the allegations in paragraph 26.

27.     Barbara is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 27.

28.     The allegations in paragraph 28 are vague and ambiguous, and therefore are denied.

29.     Barbara admits the allegations in paragraph 29.

### Factual Allegations

30.     The allegations in paragraph 30 are vague and ambiguous, and therefore are denied.

31.     Barbara admits that she and David Frodsham were at one time married and living in Sierra Vista. The remaining allegations in paragraph 31 are vague and ambiguous, and therefore are denied.

32.     Barbara is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 32.

33.     Barbara admits the allegations in paragraph 33.

34.     The allegations in paragraph 34 are vague and ambiguous, and therefore are denied.

35.     Barbara is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 35.

36.     Barbara is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 36.

37.     Barbara is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 37.

38.     Barbara is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 38.

39.     Barbara is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 39.

40.     Barbara admits that she and David Frodsham were issued a foster-care license. The remaining allegations in paragraph 40 are vague and ambiguous, and therefore are denied.

41.     Barbara denies that she was a danger to Trever or other children or that she was not suitable as a foster parent, and therefore denies that the State knew or should have known that she presented a danger. Barbara is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 41.

42.     Barbara is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 42.

43.     Barbara admits that Trever and his two brothers were removed from their biological mother's custody but the remaining allegations in paragraph 43 are vague and ambiguous, and therefore are denied.

44.     The allegations in paragraph 44 are vague and ambiguous, and therefore are denied.

45.     The allegations in paragraph 45 are vague and ambiguous, and therefore are denied.

46.     Barbara admits the allegations in paragraph 46.

47.     Barbara is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 47.

48.     The allegations in paragraph 48 are vague and ambiguous, and therefore are denied.

49.     Barbara is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 49.

50.     Barbara is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 50.

51.     Barbara admits that she and David Frodsham adopted Trever following Martzke's recommendations. Barbara is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 51, which are also denied because they are vague and ambiguous.

52.     Barbara is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 52.

53.     Barbara is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 53.

54.     Barbara is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 54.

55.     Barbara denies the allegations in paragraph 55.

56.     Barbara denies the allegations in paragraph 56.

57.     Barbara denies that she was involved in or aware of the acts alleged. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 57.

58.     Barbara denies the allegations in paragraph 58.

59. Barbara is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 59.

60. The allegations in paragraph 60 are vague and ambiguous, and therefore are denied.

61. The allegations in paragraph 61 are vague and ambiguous, and therefore are denied.

62. Barbara admits that David Frodsham was arrested as alleged, but is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 62.

63. Barbara admits the allegations in paragraph 63.

64. Barbara denies that she was unfit and unable to provide adequate care and protection. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 64.

65. Barbara denies the allegations in paragraph 65.

66. Barbara is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 66.

67. Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 67.

68. Barbara is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 68.

69. Barbara is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 69.

70. Barbara is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 70, which are also vague and ambiguous.

71.     Barbara is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 71.

72.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 72, which are also vague and ambiguous.

73.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 73, which are also vague and ambiguous.

74.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 74, which are also vague and ambiguous.

**Count I**
**Negligence**

75.     Barbara incorporates the foregoing.

76.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 76, which are also vague and ambiguous.

77.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information

sufficient to form a belief as to the truth of the remaining allegations in paragraph 77, which are also vague and ambiguous.

78.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 78, which are also vague and ambiguous.

79.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 79, which are also vague and ambiguous.

80.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing, and therefore denies causing the injuries alleged. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 80, which are also vague and ambiguous.

## Count II
## Negligence *Per Se*

81.     Barbara incorporates the foregoing.

82.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 82, which are also vague and ambiguous.

83.     Barbara denies that she breached any of the alleged duties, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 74, which are also vague and ambiguous.

84.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 84, which are also vague and ambiguous.

85.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing, and therefore denies causing the injuries alleged. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 85, which are also vague and ambiguous.

**Count III**
**Aggravated Negligence**

86.     Barbara incorporates the foregoing.

87.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 87, which are also vague and ambiguous.

88.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 88, which are also vague and ambiguous.

89.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 89, which are also vague and ambiguous.

90.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing, and therefore denies causing the injuries alleged. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 90, which are also vague and ambiguous.

**Count IV**
*Respondeat Superior*

91.     Barbara incorporates the foregoing.

92.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. The remaining allegations in paragraph 92 are vague and ambiguous, and therefore are denied.

93.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. The remaining allegations in paragraph 93 are vague and ambiguous, and therefore are denied.

94.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. The remaining allegations in paragraph 94 are vague and ambiguous, and therefore are denied.

95.     The allegations in paragraph 95 are vague and ambiguous, and therefore are denied.

96.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. The remaining allegations in paragraph 96 are vague and ambiguous, and therefore are denied.

97.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. The remaining allegations in paragraph 97 are vague and ambiguous, and therefore are denied.

98.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing, and therefore denies causing the injuries alleged. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 98, which are also vague and ambiguous.

## Count V
## Negligent Hiring and Supervision

99.     Barbara incorporates the foregoing.

100.    Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 100, which are also vague and ambiguous.

101.    Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 101, which are also vague and ambiguous.

102.    Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information

sufficient to form a belief as to the truth of the remaining allegations in paragraph 102, which are also vague and ambiguous.

103.     Barbara denies that she was an abusive parent, further denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 103, which are also vague and ambiguous.

104.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 104, which are also vague and ambiguous.

105.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 105, which are also vague and ambiguous.

106.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 106, which are also vague and ambiguous.

107.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing, and therefore denies causing the injuries alleged. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 107, which are also vague and ambiguous.

**Count VI**
**Assault and Battery**

108.     Barbara incorporates the foregoing.

109.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 109.

110.     Barbara denies that she had the propensity alleged, and further denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 110.

111.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing, and therefore denies causing the injuries alleged. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 111, which are also vague and ambiguous.

**Count VII**
**Aggravated Assault**

112.     Barbara incorporates the foregoing.

113.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 113.

114.     Barbara denies that she had the propensities alleged, and therefore denies that other Defendants knew of those propensities. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 114.

115.    Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing, and therefore denies causing the injuries alleged. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 115.

**Count VIII**
**Intentional Infliction of Emotional Distress**

116.    Barbara incorporates the foregoing.

117.    Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 117.

118.    Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 118.

119.    Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing, and therefore denies causing the injuries alleged. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 119.

**Count IX**
**Vicarious Liability**

120.    Barbara incorporates the foregoing.

121.    Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 121.

122.    Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 122.

123.    Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing, and therefore denies causing the injuries alleged. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 123.

**Count X**
**Ratification**

124.    Barbara incorporates the foregoing.

125.    Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing, and therefore denies that other Defendants ratified her wrongful acts. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 125.

126.    Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing, and therefore denies that other Defendants ratified her wrongful acts. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 126.

127.    Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing, and therefore denies that other Defendants ratified her wrongful acts. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 127.

128.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing, and therefore denies causing the injuries alleged. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 128.

## Count XI
## Arizona Constitution

129.     Barbara incorporates the foregoing.

130.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing, and therefore denies causing state-constitutional violations. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 130.

131.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing, and therefore denies causing state-constitutional violations. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 131.

132.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing, and therefore denies causing state-constitutional violations. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 132.

133.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing, and therefore denies causing state-constitutional violations. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 133.

134.   Barbara denies that she violated any of the statutes alleged. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 134.

135.   Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing, and therefore denies causing the injuries alleged. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 135.

**Count XII**
**Fiduciary Duty**

136.   Barbara incorporates the foregoing.

137.   The allegations in paragraph 137 are vague and ambiguous, and therefore are denied.

138.   Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing, and therefore denies that she consciously disregarded or was deliberately indifferent to Trever's safety. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 138.

139.   Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 139.

140.   Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing, and therefore denies allegations of sexual and physical abuse. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 140.

141.    Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing, and therefore denies causing the injuries alleged. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 141.

## Count XIII
## US Constitution

142.    Barbara incorporates the foregoing.

143.    Barbara is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 143.

144.    The allegations in paragraph 144 are vague and ambiguous, and therefore are denied.

145.    The allegations in paragraph 145 are vague and ambiguous, and therefore are denied.

146.    Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 146.

147.    Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 147.

148.    Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 148.

149.    Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 149.

150.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing, and therefore denies having violated Trever's civil rights. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 150.

151.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 151.

152.     The allegations in paragraph 152 are vague and ambiguous, and therefore are denied. Regardless, Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 152.

153.     Barbara is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 153.

154.     Barbara denies that she was acting under color of state law, or that she violated Trever's civil rights. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 154.

155.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing, and therefore denies having violated Trever's civil rights. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 155.

156.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing, and therefore denies having violated Trever's

civil rights. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 156.

157.    Barbara denies that she was deliberately indifferent. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 157.

158.    Barbara is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 158.

159.    Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing, and therefore denies having violated Trever's civil rights. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 159.

160.    Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 160.

161.    Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing, and therefore denies causing the injuries alleged. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 161.

162.    Barbara is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 162.

## Count XIV
## Punitive Damages

163.    Barbara incorporates the foregoing.

164.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 164.

165.     Barbara denies any allegation or inference that she participated in, acquiesced in, was aware of, or should have been aware of wrongdoing, and therefore denies causing the injuries alleged. She is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 165.

**Affirmative Defenses**

166.     Barbara alleges that the Complaint fails to state a claim for violating the Arizona Constitution because she is not a state actor.

167.     Barbara alleges that the Complaint fails to state a claim under 42 U.S.C. § 1983 because she is not a state actor.

168.     Barbara alleges that the Complaint fails to state a claim for "gross/aggravated negligence" because that is not a legally-recognized cause of action separate and distinct from negligence under Arizona law.

169.     Barbara alleges that the Complaint fails to state a claim for "aggravated assault and battery" because that is not a legally-recognized cause of action separate and distinct from assault and battery under Arizona law.

170.     Barbara alleges that the Complaint fails to state a claim for "ratification" because that is not a legally-recognized cause of action under Arizona law.

171.     Barbara alleges that the Complaint fails to state a claim for "punitive damages" because that is not a legally-recognized cause of action under Arizona law, but rather is a measure of damages.

172.    The state-law causes of action against Barbara are barred by Plaintiff's failure to comply with A.R.S. § 12-821.01. Specifically, Plaintiff did not serve a Notice of Claim on Barbara.

173.    Barbara alleges that other Defendants and nonparties might be comparatively at fault for having engaged in the acts and omissions alleged in the Complaint.

174.    Plaintiff failed to mitigate his damages and contributed to his own injuries by his own conduct, including criminality and substance abuse.

175.    Barbara alleges that she did not authorize or ratify David Frodsham's acts, as alleged herein; nor were those acts for the benefit of their marital community nor did they serve a family purpose. Hence, she is neither vicariously liable nor jointly liable with David Frodsham.

**Prayer**

Barbara Frodsham requests judgment dismissing Plaintiff Trever Frodsham's complaint and denying him any relief from her, and awarding her taxable costs.

Dated May 12, 2022.

                                        Shorall McGoldrick Zerlaut

                                        /s/ Scott Zerlaut
                                            Scott Zerlaut
                                            Attorneys for Defendant Barbara Frodsham

**Certificate of Service**

The foregoing was electronically filed and served upon all registrants using the District Court's CM/ECF system on May 12, 2022:

            By /s/Chrissy Verdino