Paul F. Eckstein (#001822)
Janet M. Howe (#034615)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
PEckstein@perkinscoie.com
JHowe@perkinscoie.com
DocketPHX@perkinscoie.com

*Attorneys for Lynne M. Cadigan and Taylor Boren*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Trever Frodsham, by and through conservator Fleming & Curti PLC,<br><br>Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>Defendants. | No. CV-22-01074-PHX-GMS<br><br>**LYNNE M. CADIGAN AND TAYLOR BOREN'S LIST OF WITNESSES AND EXHIBITS FOR ORDER AND ORDER TO SHOW CAUSE HEARING ON FEBRUARY 9, 2023** |

Lynne M. Cadigan and Taylor Boren, by and through their undersigned counsel, hereby submit the following list of witnesses and exhibits for purposes of the Order and Order to Show Cause hearing set for February 9, 2023 at 1:30 p.m.:

**I.    WITNESSES THROUGH THEIR DECLARATIONS**

1. Lynne M. Cadigan
2. Taylor Boren
3. Andrew Everroad
4. William Doyle
5. Don Wilson
6. David Abney

II.     **EXHIBITS.**

1. DK 100-1 Ex. 1 Declaration of Andrew Q. Everroad dated January 25, 2023;

2. DK 100-1 Ex. 2 Declaration of Lynne M. Cadigan dated February 2, 2023;

3. DK 100-1 Ex. 2A to Declaration of Lynne M. Cadigan dated February 2, 2023, Trevor Frodsham Settlement and Release of All Claims;

4. DK 100-1 Ex. 2B to Declaration of Lynne M. Cadigan dated February 2, 2023, *Trever Frodsham v. State of Arizona, et al.* Complaint;

5. DK 100-1 Ex. 2C to Declaration of Lynne M. Cadigan dated February 2, 2023, Amended and Restated Partnership Agreement, Arizona Partnership for Children, L.L.P.;

6. DK 100-1 Ex. 2D to Declaration of Lynne M. Cadigan dated February 2, 2023, January 16, 2020 Christian Dichter & Sluga letter to Arizona Partnership for Children, LLP;

7. DK 100-1 Ex. 2E to Declaration of Lynne M. Cadigan dated February 2, 2023, January 2023 Email from W. Doyle to L. Cadigan;

8. DK 100-1 Ex. 3 Declaration of Taylor W. Boren, Esq. dated February 1, 2023;

9. DK 100-1 Ex. 3A to Declaration of Taylor W. Boren, Esq. dated February 1, 2023, Affidavits of Service from *Jane Doe, et al. v. State of Arizona, et al.*

10. DK 100-1 Ex. 3B to Declaration of Taylor W. Boren, Esq. dated February 1, 2023, August 2-3, 2022 emails from C. Jarolman to A. Everroad regarding service of process;

11. DK 100-2 Ex. 4 Declaration of Donald Wilson, Jr. dated January 31, 2023 and attached resume;

12. DK 100-2 Ex. 5 Declaration of David Abney, Esq. dated February 2, 2023 and attached abbreviated CV;

13. DK 100-2 Ex. 6 *Flury v. Desert Gold Construction* decision;

14. DK 100-2 Ex. 7 Affidavit of Service from *Flury v. Desert Gold Construction*;

15. DK 100-2 Ex. 8 Timeline of Relevant Events;

16. DK 100-2 Ex. 9 AZ Corporation Commission report AzPAC as inactive;

17. DK 42-1 Taylor Boren's Affidavit in Support of Application for Entry of Default;

18. DK 36-1 Affidavit of Lynne M. Cadigan in Support of Plaintiff's Response to Court's Order to Show Cause; and

19.   DK 74 Court's Order to Show Cause.

Dated:  February 6, 2023                               **PERKINS COIE LLP**

By: *s/ Paul F. Eckstein*
Paul F. Eckstein (#001822)
Janet M. Howe (#034615)
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
PEckstein@perkinscoie.com
JHowe@perkinscoie.com

*Attorneys for Lynne M. Cadigan and Taylor Boren*

# CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2023, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Mark D. Lammers
Michael John Rusing
**Lopez & Lizardi PLLC**
6363 N. Swan Road, Suite 151
Tucson, AZ 85718
mdlammers@rllaz.com
mrusing@rllaz.com

*Attorneys for Defendants State of Arizona; Clarence Carter; Vicki Martzke*

Scott M. Zerlaut
**Shorall McGoldrick Zerlaut**
1232 East Missouri Avenue
Phoenix, AZ 85014
firm@shorallmcgoldrick.com
scott@shorallmcgoldrick.com

*Attorneys for Defendant Barbara Frodsham*

Andrew James Petersen
**Humphrey & Petersen PC**
6063 East Grant Road
Tucson, AZ 85712
apetersen@humphreyandpetersen.com

*Attorneys for Defendant Catholic Community Services of Southern Arizona Incorporated*

Carlos Andres Hernandez
William H. Doyle
**Doyle Hernandez Millam Firm PC**
1313 East Osborn Road, Suite 220
Phoenix, AZ 85014
chernandez@doylelawgroup.com
wdoyle@doylelawgroup.com

*Attorneys for Defendants Arizona Partnership for Children LLP and Catholic Charities Community Services Incorporated*

Dennis Ira Wilenchik
Timothy Regis Grimm, II
**Wilenchik & Bartness PC**
2810 North 3rd Street, Suite 103
Phoenix, AZ 85004
admin@wb-law.com.com
timothyg@wb-law.com

*Attorneys for Defendant David Frodsham*

Lynne M. Cadigan (#009044)
Taylor Boren (#037414)
**CADIGAN LAW FIRM PLLC**
504 South Stone Avenue
Tucson, AZ 85701
Telephone: 520.622.6066
lmcadigan@cadiganlawfirm.com
tboren@cadiganlawfirm.com

John Trebon (#005735)
**JOHN TREBON PC**
308 North Agassiz Street
Flagstaff, AZ 86001
Telephone: 928-779-1713
jtrebonlaw@gmail.com

*Attorneys for Plaintiff*

*s/ Stephanie Lawson*